CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
09/26/2017
JULIA C. DUDLEY, CLERK
BY: s/ F. COLEMAN
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| JENNIFER LLOYD-PITTS,<br><br>*Plaintiff*,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>*Defendant*. | CASE NO. 6:16-cv-00017<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

For the reasons set forth in the accompanying memorandum opinion, the Court hereby overrules Plaintiff's Objections to the Report and Recommendation of United States Magistrate Judge Robert S. Ballou (dkt. no. 21).

Accordingly:

1. The Report of August 14, 2017, (dkt. no. 20) is hereby **ADOPTED** in its entirety;

2. Plaintiff's Motion for Summary Judgment or in the alternative Motion to Remand (dkt. no. 9) is hereby **DENIED**;

3. Defendant's Motion for Summary Judgment (dkt. no. 11) is hereby **GRANTED**; and

4. This case is hereby **DISMISSED**, striking it from the Court's active docket.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

It is so ORDERED.

Entered this 26th day of September, 2017.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE